# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) HUFF, MARILYN L. | 2. Court or Organization USDC, SOUTHERN DIST. OF CALIF. | 3. Date of Report 05/30/2014 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) ACTIVE DISTRICT JUDGE | 5a. Report Type (check appropriate type) ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final 5b. ☑ Amended Report | 6. Reporting Period 01/01/2013 to 12/31/2013 |

**7. Chambers or Office Address**

333 W. BROADWAY SUITE 1510
SAN DIEGO, CA 92101

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Trust # 1 Note: Trust assets listed by (T) in Part VII |
| 2. | Secretary, Vice President | Federal Judges Association |
| 3. | American Inns of Court Louis Welsh Chapter | Executive Committee |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HUFF, MARILYN L. | 05/30/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 1/13-12/13 | DLA, Piper Attorney |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Federal Judges Association | 4-23-13-4-25-13 | Washington, D.C. | Board Meeting | Travel, Lodging, Food |
| 2. | Federal Judges Association | 2-21-13-2-23-13 | Dallas, TX | Committee Meeting | Travel, Lodging, Food |
| 3. | BIO IPCC | 3-26-13 | San Diego, CA | Speaker | Food |
| 4. | AIPLA | 4-30-13-5-1-13 | Seattle, WA | Speaker | Travel, Lodging, Food |
| 5. | Federal Circuit Bar Association | 6/19/13-6/21/13 | Colorado Springs, CO | Speaker | Travel, Food, Lodging |
| 6. | American Antitrust Institute | 8-22-13-8-24-13 | Palo Alto, CA | Seminar | Travel, Lodging, Food |

| 7. | Open World, Family Health International | 9/13/13-9/14/13 | Seattle, WA | Speaker | Travel, Food, Lodging |
|---|---|---|---|---|---|
| 8. | Open World, San Diego Diplomacy Council | 9/16/13-9/20/13 | San Diego, CA | Speaker | Food |
| 9. | Berkeley Center for Law and Technology | 12-12-13 | Palo Alto, CA | Speaker | Travel, Food |
| 10. | ED Texas Bar Assn. | 10-31-13-11-1-13 | Plano, TX | Speaker | Travel, Food, Lodging |
| 11. | West Legal Ed Center | 3-27-13 | Costa Mesa, CA | Speaker | Food |

| Name of Person Reporting | Date of Report |
|---|---|
| HUFF, MARILYN L. | 05/30/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✔] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HUFF, MARILYN L. | 05/30/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Energy Transfer Partners | B | Distribution | K | T | | | | | |
| 2. Suncoke Energy | | None | J | T | | | | | |
| 3. Rental property, San Diego, CA (T) | | None | O | W | | | | | |
| 4. Wells Fargo Accounts-SDCA (T) and I | B | Interest | P1 | T | | | | | |
| 5. 401k & Profit Sharing * Total Value | G | Dividend | P1 | T | | | | | |
| 6. Sched of Assets & Transactions | | | | | | | | | |
| 7. Trust B Real Estate Trust Deed Fund | A | Interest | K | T | | | | | |
| 8. Vanguard Total Intl Stock In | C | Dividend | M | T | | | | | |
| 9. Vanguard Total Bond Ind Sig | D | Interest | M | T | | | | | |
| 10. Vanguard ST Bond Index | D | Interest | O | T | | | | | |
| 11. Vanguard S&P 500 Sig | D | Dividend | O | T | | | | | |
| 12. Vanguard Value Index Sig | C | Dividend | M | T | | | | | |
| 13. Vanguard Growth Index Sig | B | Dividend | M | T | | | | | |
| 14. Vanguard Sm. Cap Stock Index (sig) | A | Dividend | L | T | | | | | |
| 15. Dodge & Cox Intl. | B | Dividend | L | T | | | | | |
| 16. Spartan Ext. Market | A | Dividend | K | T | | | | | |
| 17. T. Rowe Price Intl. Bond | B | Interest | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HUFF, MARILYN L. | 05/30/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Vanguard Intl. Growth Port. | B | Dividend | M | T | | | | | |
| 19. Pimco Foreign Hedged | C | Interest | M | T | | | | | |
| 20. Pimco GI Adv Strat. | B | Interest | L | T | Buy | 04/09/13 | L | | |
| 21. Vanguard Windsor II Adm | B | Dividend | L | T | | | | | |
| 22. Vanguard Sm. Cap Value | C | Dividend | M | T | | | | | |
| 23. I Shares MSCI EFTEm Mkts | B | Dividend | L | T | | | | | |
| 24. I Shares S&P 600 Sm. Cap Growth Index | A | Dividend | L | T | | | | | |
| 25. Vanguard High Yield Corp. | D | Interest | L | T | | | | | |
| 26. Vanguard GNMA | C | Interest | M | T | | | | | |
| 27. Vanguard Large Cap ETF | C | Dividend | M | T | | | | | |
| 28. Vanguard Infl. Prot. | C | Interest | M | T | | | | | |
| 29. Pimco Total Return | B | Interest | L | T | | | | | |
| 30. I Shares Rus Micro EFT | A | Dividend | L | T | | | | | |
| 31. Wisdom Tree Int'l. ETF | A | Dividend | K | T | | | | | |
| 32. CH Cash Management (AP) | A | Interest | K | T | | | | | |
| 33. Vanguard IT Invest Gr. Adm | C | Interest | M | T | | | | | |
| 34. Vanguard ST Inv. Gr. Adm | D | Interest | N | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HUFF, MARILYN L. | 05/30/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Vanguard Dev. Mkts | B | Dividend | L | T | | | | | |
| 36. Vanguard Emerg. Mkts. | A | Dividend | K | T | | | | | |
| 37. Vanguard Intl. Value #46 | B | Dividend | L | T | | | | | |
| 38. Vanguard Sm FtSE Ex US ETF | B | Dividend | L | T | | | | | |
| 39. Pimco Emerg Mkt | D | Interest | M | T | | | | | |
| 40. Pimco Emerg Local Equity | C | Int./Div. | L | T | | | | | |
| 41. Equity (Sterling) Trust Co. IRA mm Phair RE (First Reg. Bank) | A | Interest | L | T | | | | | |
| 42. END OF ASSETS IN 401(k) | | | | | | | | | |
| 43. IRAWestern National (Am. Gen.) | A | Interest | K | T | | | | | |
| 44. Charles Schwab IRA See below | | | | | | | | | |
| 45. SCHEDULE OF ASSETS & TRANSACTIONS | | | | | | | | | |
| 46. Marathon Petroleum | A | Dividend | J | T | | | | | |
| 47. Eli Lilly | A | Dividend | J | T | | | | | |
| 48. Alcoa Inc. | A | Dividend | J | T | | | | | |
| 49. Pimco Total Return | D | Interest | M | T | | | | | |
| 50. Vanguard Bond Index Sig | B | Interest | L | T | | | | | |
| 51. Marathon (USX) Oil | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HUFF, MARILYN L. | 05/30/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Vanguard Windsor II | A | Dividend | | | Sold | 06/27/13 | K | E | |
| 53. Vanguard Lrg Cap EFT | A | Dividend | | | Sold | 12/30/13 | K | D | |
| 54. DFA U.S. Micro Cap | A | Dividend | L | T | Sold (part) | 06/27/13 | K | D | |
| 55. DFA Int. Lg. Cap. Val. | B | Dividend | L | T | | | | | |
| 56. DFA Int. Lg. Cap. | C | Dividend | M | T | | | | | |
| 57. DFA Lg. Cap. Val. | A | Dividend | K | T | | | | | |
| 58. DFA Int. Sm. Cap. Val. | A | Dividend | K | T | | | | | |
| 59. Vanguard Wrld Int. Growth | A | Dividend | | | Sold | 07/12/13 | K | E | |
| 60. Vanguard Int. Growth Ad | A | Dividend | K | T | Buy | 07/12/13 | K | | |
| 61. Vanguard Growth Index Sig | B | Dividend | L | T | | | | | |
| 62. Schwab Money Market - H | A | Interest | J | T | | | | | |
| 63. Home Depot | A | Dividend | K | T | | | | | |
| 64. Longleaf Small Cap. | A | Dividend | | | Sold | 12/30/13 | K | E | |
| 65. Vanguard Infl. | B | Interest | K | T | Buy | 06/27/13 | K | | |
| 66. Vanguard Short Term Bd Sig | B | Interest | M | T | Buy | 12/30/13 | K | | |
| 67. Vanguard GNMA | A | Interest | K | T | | | | | |
| 68. DFA Emerging Core Eq | A | Dividend | K | T | Buy (add'l) | 05/09/13 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HUFF, MARILYN L. | 05/30/2014 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Vanguard Ex. Mkt. Sig | A | Dividend | K | T | | | | | |
| 70. Vanguard IT Invest Adm | A | Interest | K | T | Buy | 06/26/13 | K | | |
| 71. DFA US Sm. Cap. Value | A | Dividend | K | T | | | | | |
| 72. AQR Sm M | A | Dividend | J | T | | | | | |
| 73. AQR M Large | A | Dividend | L | T | Buy | 09/25/13 | L | | |
| 74. DFA US Large Cap. | C | Dividend | M | T | | | | | |
| 75. DFA 6-10 US Small Cap. Port | A | Dividend | K | T | Buy (add'l) | 12/30/13 | K | | |
| 76. DFA World Ex USG | B | Interest | L | T | Buy (add'l) | 12/30/13 | K | | |
| 77. Vanguard ST Invest Gr. | A | Interest | K | T | Buy (add'l) | 05/09/13 | K | | |
| 78. Pimco Low Duration | A | Interest | K | T | | | | | |
| 79. Pimco Emerg Full | C | Interest | L | T | Buy (add'l) | 06/26/13 | K | | |
| 80. Pimco Emerging Full | C | Interest | L | T | Buy (add'l) | 12/30/13 | K | | |
| 81. END OF ASSETS IN IRA-MLH | | | | | | | | | |
| 82. Schwab Cal Muni Mut Fund | A | Interest | M | T | | | | | |
| 83. GCWF Partners II | | None | J | T | | | | | |
| 84. GCWF (A-E)Invest. Partners I | | None | J | T | | | | | |
| 85. GCWF (F-N)Invest Partners II | C | Distribution | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HUFF, MARILYN L. | 05/30/2014 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. DLA Piper Venture 2006 | D | Distribution | J | T | | | | | |
| 87. Onco Fluor, Inc. (Fluro Probe) | | None | K | W | | | | | |
| 88. Bonita View Office | | None | J | T | | | | | |
| 89. Bella Mar RV Park LLC | | None | J | T | | | | | |
| 90. Altria | A | Dividend | J | T | | | | | |
| 91. Kraft | A | Dividend | J | T | | | | | |
| 92. Mondelez Int. | A | Dividend | J | T | | | | | |
| 93. Extreme Networks | | None | J | T | | | | | |
| 94. II-IV, Inc. | | None | J | T | | | | | |
| 95. SPDR Dow Jones (DIA) Ind. | B | Dividend | L | T | Buy (add'l) | 09/30/13 | K | | |
| 96. SPDR Dow Jones Ind. | B | Dividend | L | T | Sold (part) | 06/30/13 | K | D | |
| 97. SPDR Dow Jones Ind. | B | Dividend | L | T | Buy (add'l) | 09/30/13 | K | | |
| 98. SPDR Dow Jones Ind. | B | Dividend | L | T | Buy (add'l) | 10/10/13 | J | | |
| 99. SPDR Dow Jones Ind. | B | Dividend | L | T | Buy (add'l) | 12/10/13 | J | | |
| 100. DFA US Micro Cap Port | A | Dividend | K | T | | | | | |
| 101. DFA Real Estate | A | Dividend | J | T | Buy | 01/30/13 | J | | |
| 102. Mid Amer Apt. Cmntys | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HUFF, MARILYN L. | 05/30/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Starbucks | A | Dividend | K | T | | | | | |
| 104. Qualcomm | C | Dividend | M | T | Buy (add'l) | 01/23/13 | J | | |
| 105. Qualcomm | C | Dividend | M | T | Buy (add'l) | 08/15/13 | J | | |
| 106. Cisco Systems | A | Dividend | J | T | | | | | |
| 107. Quality Systems, Inc. | A | Dividend | K | T | | | | | |
| 108. Occidental Pet. | B | Dividend | L | T | | | | | |
| 109. QLT | B | Dividend | J | T | | | | | |
| 110. Cardium Therapeutics | | None | J | T | | | | | |
| 111. Care Fusion | | None | J | T | | | | | |
| 112. Cia de Bebidos | A | Dividend | | | Merged (with line 113) | 03/28/13 | J | A | |
| 113. Ambev SA | A | Dividend | K | T | | | | | |
| 114. Property, San Diego Co., CA-Appraisal Date 8/18/03 (T) | F | Rent | P1 | Q | | | | | |
| 115. ISH Index SP 500 | A | Dividend | J | T | | | | | |
| 116. ISH Index FD TR Msci | A | Dividend | J | T | | | | | |
| 117. ISH S&P Mid Cap 400 | A | Dividend | J | T | | | | | |
| 118. ISH S&P Sm Cap 600 | A | Dividend | J | T | | | | | |
| 119. ISH Trust | A | Dividend | J | T | Buy | 04/01/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Allianz Div. Fund | A | Dividend | K | T | | | | | |
| 121. RSB IRA Morgan StanleySMITH BARNEY (ASSETS BELOW) | | | | | | | | | |
| 122. Mod. Growth (IRA)(TA) (IDEX) | C | Distribution | L | T | | | | | |
| 123. Growth Port. (IRA) (TA) (IDEX) | A | Dividend | J | T | | | | | |
| 124. Morgan Stanley (Smith Barney)MM | A | Interest | J | T | | | | | |
| 125. Power Shares High Yld. Eq. | A | Dividend | J | T | | | | | |
| 126. Power Shares ETF TR | A | Dividend | J | T | | | | | |
| 127. Power Shares SQQQ Trl | B | Dividend | M | T | Buy (add'l) | 01/23/13 | J | | |
| 128. Power Shares SQQQ Trl | B | Dividend | M | T | Buy (add'l) | 05/02/13 | J | | |
| 129. Power Shares SQQQ Trl | B | Dividend | M | T | Buy (add'l) | 12/10/13 | J | | |
| 130. Kimberly Clark | A | Dividend | K | T | | | | | |
| 131. Vanguard Windsor II | A | Dividend | J | T | | | | | |
| 132. USE Credit Union SDCA Accts | A | Interest | J | T | | | | | |
| 133. Vanguard CA MM(T) | A | Interest | O | T | | | | | |
| 134. SD Bank | A | Interest | | | Merged (with line 135) | 05/13/13 | M | | |
| 135. Coronado First Bank | A | Interest | M | T | | | | | |
| 136. Vanguard Life Strategy | B | Dividend | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HUFF, MARILYN L. | 05/30/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Illumina | | None | L | T | | | | | |
| 138. SPDR Dow Jones S&P 500 ETF | B | Dividend | M | T | Buy (add'l) | 02/06/13 | K | | |
| 139. SPDR Dow Jones S&P 500 ETF | B | Dividend | M | T | Sold (part) | 06/20/13 | K | C | |
| 140. SPDR Dow Jones S&P 500 ETF | B | Dividend | M | T | Buy (add'l) | 12/20/13 | J | | |
| 141. SPDR Dow Jones S&P Div ETF | B | Dividend | M | T | Buy (add'l) | 04/23/13 | J | | |
| 142. SPDR Dow Jones S&P Div ETF | B | Dividend | M | T | Buy (add'l) | 04/17/13 | J | | |
| 143. SPDR Dow Jones S&P Div ETF | B | Dividend | M | T | Buy (add'l) | 05/02/13 | J | | |
| 144. SPDR Em Mkts | A | Dividend | K | T | Buy | 02/06/13 | J | | |
| 145. VMWare | | None | J | T | | | | | |
| 146. Philip Morris | B | Dividend | K | T | | | | | |
| 147. Raytheon | A | Dividend | K | T | | | | | |
| 148. Chase Accts./JP Morgan | A | Interest | N | T | | | | | |
| 149. CitiBank Accts | A | Interest | N | T | | | | | |
| 150. US Bank (T) (SD Nat'l Bank ) | A | Interest | N | T | | | | | |
| 151. Union Bank Acct (T) | | None | L | T | | | | | |
| 152. SPDR Gold (GLD) | | None | K | T | Sold (part) | 12/30/13 | K | | |
| 153. McDonalds | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HUFF, MARILYN L. | 05/30/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. Clorox | B | Dividend | L | T | | | | | |
| 155. Andersons | A | Dividend | L | T | | | | | |
| 156. Pepsico | A | Dividend | K | T | | | | | |
| 157. Coca Cola | B | Dividend | K | T | | | | | |
| 158. Cal. B & T Acct | A | Interest | N | T | | | | | |
| 159. Stoneridge LM LLC | B | Distribution | M | T | | | | | |
| 160. Enclave Lake Murray | | None | M | T | Buy | 11/25/13 | M | | |
| 161. MMB Investments | | None | K | T | Buy | 04/11/13 | K | | |
| 162. American Express | A | Dividend | K | T | Buy | 03/26/13 | J | | |
| 163. ALPS Trust ETF Alerian | A | Dividend | K | T | Buy | 01/29/13 | K | | |
| 164. Wal Mart | A | Dividend | K | T | Buy | 03/26/13 | J | | |
| 165. Tesla | | None | | | Buy | 05/14/13 | J | | |
| 166. Tesla | | None | | | Sold (part) | 08/14/13 | J | B | |
| 167. Tesla | | None | | | Buy (add'l) | 09/20/13 | J | | |
| 168. Tesla | | None | | | Sold (part) | 10/28/13 | J | | |
| 169. Tesla | | None | | | Sold | 11/07/13 | J | | |
| 170. Enerplus | A | Dividend | K | T | Buy | 06/03/13 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HUFF, MARILYN L. | 05/30/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171.  Kinder Morgan Energy | A | Distribution | J | T | Buy | 06/03/13 | J | | |
| 172. | | | | | | | | | |
| 173. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| HUFF, MARILYN L. | 05/30/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Line 7.  This is a Real Estate Trust Deed Fund in a 401(k) savings plan.  Participants do not have investment control, nor do they own the underlying assets in the fund.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ MARILYN L. HUFF

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544